**Jamie SIERRA, Plaintiff–Appellant,**

v.

**Sammi D. HASSAN, Institution Medical Doctor; Billie Martin, RN, BSN Nursing Supervisor, Defendants–Appellees.**

**No. 14–6487.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

Jamie Sierra, Appellant Pro Se. Steven Price Weaver, Brotherton, Ford, Yeoman & Berry, PLLC, Greensboro, North Carolina; Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Sierra appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sierra v. Hassan,* No. 1:13–cv–00029–TDS–JLW (M.D.N.C. Mar. 12, 2014). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*